| | |
|---|---|
| Willmore F. Holbrow, III (SB# 169688)<br>bill_holbrow@bstz.com<br>James W. Ahn (SB#243335)<br>James_ahn@bstz.com<br>BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP<br>12400 Wilshire Boulevard, Seventh Floor<br>Los Angeles, California 90025<br>Tel:  (310) 207-3800<br>Fax:  (310) 820-5988<br>Attorneys for Plaintiff/Counter-Defendant<br>SPIRIT CLOTHING COMPANY | JS-6 |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SPIRIT CLOTHING COMPANY, a California corporation<br><br>             Plaintiff,<br><br>vs.<br><br><br>LEAGUE COLLEGIATE WEAR, INC.<br><br>             Defendant.<br>_____<br>LEAGUE COLLEGIATE WEAR, INC., a Pennsylvania corporation,<br><br>             Counterclaimant,<br><br>vs.<br><br>SPIRIT CLOTHING COMPANY, INC., a California corporation,<br><br>             Counter-Defendant | Case No:  CV-13-09116-GAF-PLA<br><br>**DISMISSAL** |

1

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   |                                                             )   |
| 2   | _____   )                      |

The Court having considered the parties Stipulation of Dismissal, and good cause appearing therefor, orders as follows:

1. The action, including all claims and counterclaims, is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

2. Each party shall bear their own costs and attorneys' fees incurred in connection with this action.

IT IS SO ORDERED.

Dated:  May 27, 2014

_____
Honorable Gary A. Feess
United States District Court Judge
Central District of California

2